UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT HILTON,<br><br>                    Plaintiff,<br><br>       -against-<br><br>LINA GARCIA AND MARYLAND AUTHORHOUSE USA,<br><br>                    Defendants. | 24-cv-9829 (KMW)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the July 10, 2025, order, Plaintiff's amended complaint, filed IFP under 28 U.S.C. § 1915(a)(1), is DISMISSED for lack of subject matter jurisdiction. See Fed. R. Civ. P. 12(h)(3). Plaintiff's application for the Court to request pro bono counsel, ECF No. 5, is denied as moot.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  July 18, 2025
          New York, New York

                                                  /s/ Kimba M. Wood
                                                    KIMBA M. WOOD
                                            United States District Judge